| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| SHIRLEY INFANTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:14-CV-00324 |
| | § | |
| SAMARA PORTFOLIO MANAGEMENT, | § | |
| L.L.C., LAW OFFICE OF JOSEPH | § | |
| ONWUTEAKA, P.C., JOSEPH | § | |
| ONWUTEAKA, INDIVIDUALLY, | § | |
| Defendants. | § | |

**MEMORANDUM ORDER OVERRULING DEFENDANTS' OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY AND DAMAGES**

Plaintiff Shirley Infante brought this complaint alleging that a previously filed lawsuit brought against her by Joseph Onwuteaka of the Law Office of Joseph Onwuteaka, P.C., violated the Fair Debt Collection Practices Act.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting Plaintiff's Motion for Partial Summary Judgment on Liability and Damages (Doc. No. 37) and Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses. (Doc. No. 34.)

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Defendants filed "Objections to Report and Recommendation of the Magistrate Judge on Plaintiff's Motions for Partial Summary Judgment." This requires a *de novo* review of the

objections in relation to the pleadings and the applicable law. See FED. R. CIV. P. 72(b).

After careful consideration, the court concludes defendants' objections are without merit. Defendants objections are conclusory one sentence arguments. "Parties filing objections must specifically identify those findings [to which they object.] Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), overruled on other grounds by *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Notwithstanding the conclusory nature of the objections, after a *de novo* review, the court finds the Magistrate Judge's analysis and conclusions are correct.

**O R D E R**

Accordingly, Defendants' objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.

SIGNED at Beaumont, Texas, this 23rd day of March, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE