MRS. SHIRLEY INFANTE
4735 DALLAS STREET
BEAUMONT TEXAS 77703



1:14cv324

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 28 2018

AUGUST 27 2018

BY
DEPUTY _____

JUDGE CRONE
DISTRICT JUDGES
JACK BROOKS FEDERAL BUILDING AND UNITED STATES COURTHOUSE

Dear JUDGE CRONE,

I AM WRITING THIS LETTER TO INFORM YOU OF THE MATTERS THAT HAPPPENED TO MY CASE. MY CASE NUMBER IS 1:14CV-00324-MAC-ZJH. MY COMPLAINT IS THAT YOU GAVE A JUDGEMENT IN MY FAVOR AND I WAS AWARDED AN X AMOUNT OF MONEY. THE PROBLEM IS THAT THE TWO LAWYERS THAT REPRESENTED ME MR. TAHOE AND RICHARD TOMALSON DECIDED TO DEPOSIT THE AWARD MONEY IN THEIR BANK ACCOUNT AND MISLEADED ME ON WHAT WAS AWARDED TO ME. I AM PLEADING TO THE COURT AND TO YOU TO PLEASE REPREMEND THIS SITUATION IF ANY WAY POSSIBLE. I AM DEEPLY APPAULDED AND EMOTIONALLY HURT. I HAVE PUT A COPY OF HOW THEY TOOK MY AWARD FOR THEIR GAIN. SO IF IT PLEASE THE COURT TO SETTLE THIS MATTER I WOULD GREATLY APPRECIATE IT AND THANK YOU SO VERY MUCH.

SINCERILY YOURS

SHIRLEY INFANTE

## SETTLEMENT SHEET
Shirley Infante v. Samara Portfolio Management, LLC, et al.,
Case No. 1:14-cv-324 (E.D. Tex.)
Shirley Infante v. Law Office of Joseph Onwuteaka, P.C. et al.,
Appeal No. 17-41071 (5th Cir.)
Shirley Infante v. Law Office of Joseph Onwuteaka, P.C., et al.,
Appeal No. 18-40231 (5th Cir.)

### SETTLEMENT AMOUNT:

| | |
|---|---:|
| Settlement Check | $ 30,000.00 |
| Total Cash Settlement | $ 30,000.00 |
| Total Non-Cash Benefit | $ 0.00 |
| Total Cash and Non-Cash Benefit: | $ 30,000.00 |

### AWARDS BY COURT:

| | |
|---|---:|
| Total of damages awarded to Shirley Infante (affirmed on May 30, 2018 by 5th Circuit) | $ 1,000.00 (plus post-judgment annualized interest of 1.27%) |
| Total of costs and attorney's fees (and assigned to Lone Star Legal Aid by Shirley Infante under our representation agreement)(appeal dismissed on August 8, 2018) | $ 101,795.50 |
| Total of awards | $102,795.50 (plus post-judgment interest) |

### CASH DISBURSEMENTS:

Disbursement to Shirley Infante: $ 1,011.00
(including 1.27% annual interest for 316 days from September 19, 2017 to August 1, 2018 when defendants tendered payment)

Disbursement to Lone Star Legal Aid: $ 28,989.00

*Infante v. Onwuteaka*
Page 1

Total Cash Disbursements: $ 30,000.00

Lone Star Legal Aid agrees to accept the amount reflected above as full and final payment for all work expended in this case and approves the foregoing terms of settlement in accord with our retainer agreement, regardless of whether this sum is equal to the hours expended at Attorney's customary hourly rate.

Please do not execute this settlement if you are dissatisfied with these figures or the manner in which Lone Star Legal Aid handled the case.

If you do not request return of any portion of the file within 30 days, Lone Star Legal Aid reserves the right to dispose of the file in his discretion.

Date: 08-16- , 2018.

_____
Shirley Infante
Client

_____
Richard Tomlinson
Attorney
Lone Star Legal Aid

*Infante v. Onwuteaka*
Page 2



# LONE STAR LEGAL AID

P.O. Box 398, Houston, Texas 77001-0398
Tel: (713) 652-0077, ext. 1154 • Fax: (713) 652-3814

---

July 30, 2018

Joseph Onwuteaka
Law Office of Joseph Onwuteaka, P.C.
8323 Southwest Freeway, Suite 650
Houston, Texas 77074

    Re:   Shirley Infante v. Law Office of Joseph Onwuteaka, P.C.; Appeal No. 18-40231; In the United States Court of Appeals for the Fifth Circuit

          Shirley Infante v. Samara Portfolio Management, LLC, et al.; Case No. 1:14-cv-00324; In the United States District Court for the Eastern District of Texas (affirmed sub nom. Shirley Infante v. Law Office of Joseph Onwuteaka, P.C.; Appeal No. 17-41071; In the United States Court of Appeals for the Fifth Circuit)

Dear Mr. Onwuteaka:

    It is my understanding that the parties have agreed to settle the judgment and award of attorney's fees and costs issued by Judge Crone of the United States District Court for the Eastern District of Texas in Shirley Infante v. Samara Portfolio Management, LLC, et al., Case No. 1:14-cv-00324. Defendants/Appellants Joseph Onwuteaka and Law Office of Joseph Onwuteaka, P.C. have agreed to the following acts by August 4, 2018: (1) dismissal of the pending appeal in Shirley Infante v. Law Office of Joseph Onwuteaka, P.C., Appeal No. 18-40231 (Fifth Circuit Court of Appeals) under F.R.A.P. 42(b) using the joint motion to dismiss appeal attached hereto as Exhibit A; and (2) payment of $30,000 in certified funds. In exchange for these acts, Plaintiff/Appellee Shirley Infante has agreed that she will file a release of judgment in the form attached hereto as Exhibit B once the appeal has been dismissed and the certified funds have cleared the trust account of Lone Star Legal Aid, counsel for Shirley Infante. In effect, Infante will recognize under these circumstances that the judgment and award of fees and costs have been fully satisfied. If the joint motion to dismiss appeal is not filed by August 10, 2018, you authorize counsel for Infante to file the motion. If the funds proffered by you do not clear LSLA's trust account by August 31, 2018, you and Law Office of Joseph Onwuteaka, P.C. will remain liable for the full unpaid amount of the judgment and the award of attorneys' fees and costs.

    If the foregoing terms accurately reflect our agreement, please sign below to indicate approval of Defendants and Appellants. If you believe that the foregoing terms do not reflect our agreement, please contact me at your earliest convenience.

---

**Serving the Texas community since 1948**
Angleton, Beaumont, Bellville, Belton, Bryan, Galveston, Houston, Huntsville,
Longview, Nacogdoches, Paris, Texarkana, Tyler, Waco

Lone Star Legal Aid
is a United Way Agency

LSC

Joseph Onwuteaka
July 30, 2018
Page 2

Very truly yours,

Richard Tomlinson
Attorney for Plaintiff/Appellee
Shirley Infante

APPROVED AS TO FORM AND CONTENT:

Joseph Onwuteaka
Defendant/Appellant and
Attorney for Defendant/Appellant
Law Office of Joseph Onwuteaka, P.C.

Mrs. Shirley Infante
4735 Dallas St.
Beaumont, Texas 77703



NORTH HOUSTON TX 773
25 AUG 2018 PM 5 L

Jack Brooks Federal Building
and United States Courthouse
300 Willow Street Suite 239
Beaumont, Texas 77701

77701-220064